### THE STATE V. H. W. BROWN.

It seems that the act of November 1st, 1871, allowing appeals to this court from interlocutory judgments, is not applicable to criminal causes.

APPEAL from Houston.   Tried below before the Hon. L. W. Cooper.

Judgment final having been entered against the appellee as surety, upon the recognizance of another party, it was set aside upon his motion in December, 1871, and from the order setting it aside the State appealed.

*W. Alexander, Attorney General*, for the State, moved for permission to enter a *nolle prosequi* of the appeal, suggesting that the act of 1871, allowing appeals from interlocutory judgments, applies to civil cases only, and citing Articles 410, 412 and 417 of the Code of Criminal Procedure (Paschal's Digest, Articles 2882, 2883 and 2888), to show the recognized difference in this respect between criminal and civil judgments.

No brief on the other side.

OGDEN, J.—The appeal in this case is dismissed, for the want of a final judgment in the court below.

APPEAL DISMISSED.